T,UVⓌÞÁÕÜŒÞVÒÖ
Kevin H. Sharp

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:12-00126 |
| ) | JUDGE SHARP |
| ) | |
| TONY D. WILLIAMS ) | |

MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Tony D. Williams moves to extend the time for filing pretrial motions until two weeks prior to any trial date. This matter currently is set for trial on October 16, 2012.

In support of this motion, defense counsel would show the following: Defense counsel has received discovery in this matter, but has not yet had an opportunity to review the discovery with Mr. Williams, who is detained in Kentucky. By Local Rule, pretrial motions are due today. However, defense counsel cannot determine whether pretrial motions are appropriate or necessary until defense counsel reviews this matter thoroughly with Mr. Williams. For these reasons, the defendant moves to extend the deadline for filing a pretrial motions until two weeks prior to trial.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: caryll_alpert@fd.org

Attorney for Tony D. Williams